≈AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of    MASSACHUSETTS

EDWIN POWELL MILLER, Individually and
on Behalf of All Others Similarly Situated,

      V.

**SUMMONS IN A CIVIL CASE**

NETWORK ENGINES INC., JOHN CURTIS,
DOUGLAS G. BRYANT and LAWRENCE A.
GENOVESI,

CASE NUMBER:   04   10022 JLT

TO: (Name and address of Defendant)

    Lawrence A. Genovesi
    c/o Newtork Engines Inc.
    25 Dan Road
    Canton, MA 02021

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Theodore Hess-Mahan
    Shapiro Haber & Urmy LLP
    75 State Street
    Boston, Massachusetts 02109

an answer to the complaint which is herewith served upon you, within    20    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                JAN - 7 2004

CLERK                                                     DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | JANUARY 20, 2004 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| BARBARA L. BEDUGNIS | CONSTABLE |

*Check one box below to indicate appropriate method of service*

[XX] Served personally upon the third-party defendant. Place where served: 130 GAMMONS ROAD, COHASSET, MA.

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $25.00 | $25.00 | $50.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  JANUARY 20, 2004
            Date

Signature of Server  BARBARA L. BEDUGNIS, CONSTABLE
%ROSCOE, BEDUGNIS & ASSOCIATES
15 COURT SQUARE, SUITE 450
BOSTON, MASSACHUSETTS  02108
Address of Server

[handwritten margin note: LAWRENCE A. GENOVISI, c/o NETWORK ENGINES, 25 DAN ROAD]

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.